**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Central__ District of __California__
(State)

Case number (If known): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   Danny Fernandez

3. **Other names you know the debtor has used in the last 8 years**

   Keystone Ave LLC

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   ___ ___ - ___ ___ ___ ___ ___ ___ ___
   EIN

5. **Debtor's address**

   **Principal place of business**

   3555    Keystone Ave #12
   Number    Street

   _____

   Los Angeles    CA    90807
   City    State    ZIP Code

   Los Angeles
   County

   **Mailing address, if different**

   _____    _____
   Number    Street

   _____
   P.O. Box

   _____    ___    _____
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____    _____
   Number    Street

   _____

   _____    ___    _____
   City    State    ZIP Code

Official Form 205    Involuntary Petition Against a Non-Individual    page 1

Debtor  **Danny Fernandez**
_____
Name

Case number (if known) _____

---

6. **Debtor's website** (URL) _____

7. **Type of debtor**
   - [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - [ ] Partnership (excluding LLP)
   - [ ] Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - [x] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - [ ] Railroad (as defined in 11 U.S.C. § 101(44))
   - [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - [ ] None of the types of business listed.
   - [ ] Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - [x] No
   - [ ] Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
     MM / DD / YYYY

     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
     MM / DD / YYYY

---

### Part 3: Report About the Case

10. **Venue**

    Check one:
    - [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    At least one box must be checked:
    - [x] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - [x] No
    - [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Official Form 205          Involuntary Petition Against a Non-Individual          page 2

Debtor  Danny Hernandez
       Name

Case number (if known) _____

## 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Mollie Macias | Unsecured Note | $ 20,000.00 |
| Sterling Saulsbery | Mechanics Lien | $ 7,500.00 |
| Alvin Mendoza | Mechanics Lien | $ 25,000.00 |
| | Total of petitioners' claims | $ 52,500.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**

Ecostar Enterprises
Name

3553 Altantic Blvd #1754
Number  Street

Long Beach    CA    90807
City          State  ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name  Mollie Macias

3553 Atlantic Blvd #1754
Number  Street

Long Beach    CA    90807
City          State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/18/2023
          MM / DD / YYYY

X *Mollie Macias* (signed)
Signature of petitioner or representative, including representative's title

### Attorneys

_____
Printed name

_____
Firm name, if any

_____
Number  Street

_____
City          State  ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
          MM / DD / YYYY

Debtor _____   Case number (if known) _____
         Name

**Name and mailing address of petitioner**

Name: Vanderbuilt Services

Number Street: 16411 Thorson Ave
City: _____   State: CA   ZIP Code: 90807

**Name and mailing address of petitioner's representative, if any**

Name: Sterling Saulsbery

Number Street: 16411 Thorson Ave
City: _____   State: CA   ZIP Code: 90703

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/18/2023
          MM / DD / YYYY

x /s/ Sterling Saulsbery
Signature of petitioner or representative, including representative's title

Printed name: _____
Firm name, if any: _____
Number Street: _____
City: ____  State: ____  ZIP Code: ____
Contact phone: ____  Email: ____
Bar number: ____
State: ____

x _____
Signature of attorney

Date signed _____
           MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name: Alvin Mendoza

Number Street: 10755 South St #213
City: Cerritos   State: CA   ZIP Code: 90703

**Name and mailing address of petitioner's representative, if any**

Name: Alvin Mendoza

Number Street: _____
City: Cerritos   State: CA   ZIP Code: 90803

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/18/2023
          MM / DD / YYYY

x /s/ Alvin Mendoza
Signature of petitioner or representative, including representative's title

Printed name: _____
Firm name, if any: _____
Number Street: _____
City: ____  State: ____  ZIP Code: ____
Contact phone: ____  Email: ____
Bar number: ____
State: ____

x _____
Signature of attorney

Date signed _____
           MM / DD / YYYY